UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| | |
|---|---|
| JAMES PICKETT, ) | |
| ) | |
| Plaintiff, ) | No. 1:12-cv-00109 |
| ) | Judge Haynes |
| v. ) | |
| ) | |
| SUSAN MARTIN, et al., ) | |
| ) | |
| Defendants. ) | |

## O R D E R

Plaintiff, James Pickett an inmate at the Charles Bass Correctional Complex in Nashville, Tennessee, filed this *pro se* action under 42 U.S.C. § 1983. (Docket No. 1). Plaintiff also submitted an application to proceed *in forma pauperis*. (Docket No. 2).

Plaintiff did not sign his *in forma pauperis* application. (*Id.* at p.3). Therefore, the Clerk shall make a copy of the Plaintiff's application to proceed *in forma pauperis* for the Court's records and return the original application to the Plaintiff for his signature. The Plaintiff is directed to sign and return the original application to the Court within fifteen (15) days of his receipt of this Order if he desires to proceed as a pauper.

The Plaintiff is forewarned that, if he does not comply with this order within the time specified, the Court is required to presume that he is not a pauper, assess the full amount of filing fee, and order the case dismissed for want of prosecution. *McGore v. Wrigglesworth*, 114 F.3d 601, 605 (6th Cir. 1997), *overruled on other grounds by Jones v. Bock*, 549 U.S. 199 (2007). If the case is dismissed under these circumstances, it will not be reinstated to the Court's active docket despite any subsequent correction of the documentary deficiency, or payment of the filing fee. *Id.*

An extension of time to submit the required 6-month statement, or to pay the $350.00 filing fee, may be requested from this Court Court if a motion for an extension of time is filed within thirty (30) days of the date of entry of this order. *Id.* at 605; *Floyd v. United States Postal Service*, 105 F.3d 274, 279 (6th Cir. 1997), *superseded on other grounds by* Rule 24, Fed. R. App. P.

It is so **ORDERED.**

ENTERED this the _13<sup>r</sup>_ day of _September_, 2012.

William J. Haynes, Jr.
Chief United States District Judge