# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
## COLUMBIA DIVISION

JAMES PICKETT,                          )
                                        )
    Plaintiff,       )
                                        )
v.                                      )          No.  1:12-0109
                                        )          Chief Judge Haynes
SUSAN MARTIN, et al.,                   )
                                        )
    Defendants.      )

## O R D E R

The frivolity hearing in this action is **re-set for Wednesday, December 19, 2012 at 3:00 p.m.**

It is so **ORDERED**.

**ENTERED** this the _____ day of November, 2012.

WILLIAM J. HAYNES, JR.
Chief Judge
United States District Court