IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

JAMES PICKETT,            )
                          )
    Plaintiff,            )
                          )   No. 1:12-0109
v.                        )   Chief Judge Haynes
                          )
SUSAN MARTIN, et al.,     )
                          )
    Defendants.           )

## ORDER

Plaintiff, James Pickett, an inmate at the Charles Bass Correctional Complex in Nashville, Tennessee, filed this pro se action under 42 U.S.C. § 1983 against Defendants Susan Martin, Jason Swinea, Steven Alcorn, Jospeh Patterson, and Derrick R. Scholfield asserting an Eighth Amendment claim that the Defendants denied or delayed medical treatment to the Plaintiff after the removal of his wisdom teeth. (Docket Entry No. 1).

A frivolity hearing was held on December 19, 2012 to determine whether or not the case should proceed. 28 U.S.C. § 1915A. In accordance with the Court's statements in open court and based on Plaintiff's statement of more specific facts in support of his claim, the Court has determined that Plaintiff's claim is not frivolous, and that the Plaintiff states a claim for a violation of his Eighth Amendment rights.

It is ORDERED that process be issued on the Defendants and that Defendants formally file a response.

It is so **ORDERED**.

ENTERED this the 7th day of January, 2013.

WILLIAM J. HAYNES, JR.
Chief Judge
United States District Court