I would like to have their names. I am humbly requesting the respected Clerk help me aquire the names of the four(4) Doctors that operated on me ¿ give me their names, as I do not know how to get their names.

Thank you, for you time & every effort they are greatly appreciated.

Respectfully,

James Pickett

ORDER
The Clerk cannot assist a litigant on this request.

[signature]
4-12-13

(53)

James Diehl #76685
CCA Cox Hube #12/19
7177 Cockrill Bend Blvd
Nashville, TN 37209

Clerk U.S. District Court
800 U.S. Courthouse
Nashville, TN 37203

RECEIVED
IN CLERK'S OFFICE
APR - 5 2013
U.S. DISTRICT COURT
MID. DIST. TENN.

