IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

JAMES PICKETT,               )
                             )
    Plaintiff,                )   No. 1:12-0109
                             )   Chief Judge Haynes
v.                           )
                             )
SUSAN MARTIN, et al.,         )
                             )
    Defendants.               )

## ORDER

On September 5, 2012, Plaintiff James Pickett, a state prisoner, filed a pro se complaint under 42 U.S.C. § 1983 against the Defendants: Susan Martin, Jason Swinea, Steven Alcorn, Joseph Patterson, and Derrick Schofield. (Docket Entry No. 1). Defendants Susan Martin, Jason Swinea, Steven Alcorn, Joseph Patterson, and Derrick Schofield moved to dismiss Plaintiff's action. (Docket Entry Nos. 32, 33, 38, and 46).

On April 18, 2013, Plaintiff filed an amended complaint against the Defendants, and added as Defendants Jim Woodard, Avril Chapman, Janice Garrett, and Debra Casteel. See Drake v. City of Detroit, 266 Fed. Appx. 444, 448 (6th Cir. 2008) ("[A]n amended complaint supercedes all prior complaints.").

Accordingly, the motions to dismiss filed by Susan Martin, Jason Swinea, Steven Alcorn, Joseph Patterson, and Derrick Scholfield (Docket Entry Nos. 32, 33, 38, and 46) are **DISMISSED without prejudice** to renew as to the amended complaint. The Defendants may incorporate by reference their earlier motion papers.

It is so **ORDERED**.

ENTERED this the 24th day of April, 2013.

WILLIAM J. HAYNES, JR.
Chief Judge
United States District Court