IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| | | |
|---|---|---|
| JAMES PICKETT, | ) | |
| | ) | |
| Plaintiff, | ) | No. 1:12-0109 |
| | ) | Chief Judge Haynes |
| v. | ) | |
| | ) | |
| SUSAN MARTIN, et al., | ) | |
| | ) | |
| Defendants. | ) | |

# ORDER

In accordance with the Memorandum filed herewith, the motions to dismiss filed by Joseph Patterson (Docket Entry No. 61), Susan Martin and Jason Swinea (Docket Entry No. 62), and Steven Alcorn (Docket Entry No. 64) are **GRANTED**. Plaintiff's claims against Defendants Joseph Patterson, Susan Martin, Jason Swinea, and Steven Alcorn, are **DISMISSED with prejudice.**

It is so **ORDERED**.

**ENTERED** this the 16th day of May, 2013.

WILLIAM J. HAYNES, JR.
Chief Judge
United States District Court